Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

**selendy
gay
elsberg**

Sean Baldwin
Partner
212.390.9007
sbaldwin@selendygay.com

December 5, 2023

<u>Via ECF</u>

The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:** *Shunock v. Apple, Inc.*, C.A. No. 1:23-cv-08598-JLR (S.D.N.Y.)

Dear Judge Rochon:

We represent Plaintiff Dr. Michael Shunock in the above-captioned matter.

We write to request that the Initial Pretrial Conference, currently set for January 11, 2024, ECF 6, be adjourned to a date in mid-February that is convenient for the Court. This is the first request to adjourn the Initial Pretrial Conference and related filing. Counsel for Defendant Apple has consented to this request.

Sincerely,

*/s/ Sean Baldwin*
Sean Baldwin
Partner

The request is **GRANTED**. The Initial Pretrial Conference is adjourned to February 15, 2024 at 10:00 a.m.

Dated: December 5, 2023
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
_____
**JENNIFER L. ROCHON**
**United States District Judge**