UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SHUNOCK,

             Plaintiff,

   -v-

APPLE, INC.,

             Defendant.

CIVIL ACTION NO. 23 Civ. 8598 (JLR) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The requests at ECF Nos. 44 and 55 to file the documents at ECF Nos. 43 and 54 under seal or with redactions is GRANTED. The documents at ECF Nos. 45 and 56 shall remain as visible only to the selected parties.

The Clerk of Court is respectfully directed to close ECF Nos. 44 and 55.

Dated:    New York, New York
              June 21, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**