UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SHUNOCK,<br><br>         Plaintiff,<br><br>  -against-<br><br>APPLE INC.,<br><br>         Defendant. | 1:23-cv-08598 (JLR) (SLC)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  The Court will hold a *Markman* hearing in this action on December 12, 2024 at 10:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: July 8, 2024
     New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge