1290 Avenue of the Americas
New York NY 10104
212.390.9000

**Selendy Gay**

Sean Baldwin
Partner
212.390.9007
sbaldwin@selendygay.com

December 13, 2024

**Via ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:   *Shunock v. Apple Inc.*, No. 1:23-cv-08598-JLR-SLC

Dear Judge Rochon,

    Plaintiff Dr. Michael Shunock writes pursuant to Rule 4.B.iii of Your Honor's Individual Rules of Practice to request that the Court grant Plaintiff leave to file Exhibit 1, Plaintiff's Markman Hearing Presentation, which was presented to the Court during the Markman Hearing on December 12, 2024. On April 29, 2024, the Court signed and published the Parties' Protective Order, ECF No. 35. Under the Protective Order, Plaintiff and Defendant agreed to file documents marked "CONFIDENTIAL" and "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under seal. Protective Order § 14. Because Exhibit 1 contains material designated by Defendant as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "CONFIDENTIAL", Plaintiff respectfully requests that the Court grant Plaintiff leave to file the Exhibit under seal, and any such further relief that the Court deems just and proper.

    Plaintiff is also filing – unsealed – Exhibit 2, Supplemental Guidance for Examination of Design Patent Applications Related to Computer-generated Electronic Images, which was similarly presented to the Court during Plaintiff's December 12, 2024 Markman Hearing Presentation.

Sincerely,

/s/ *Sean Baldwin*
Sean Baldwin
Partner

---

By no later than January 27, 2025, Plaintiff shall submit a letter brief with the Court explaining why the sealing of Dkt. 89-1 is justified under the standard set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). *See, e.g.*, *Rouviere v. Howmedica Osteonics Corp.*, 645 F. Supp. 3d 157, 163 n.3 (S.D.N.Y. 2022) ("A party seeking to seal material subject to [a] protective order must . . . justify why the presumption of public access over judicial documents should be overcome." (citation omitted)).

Dated: January 6, 2025
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**