UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SHUNOCK,

               Plaintiff,

  -v-

APPLE, INC.,

               Defendant.

CIVIL ACTION NO. 23 Civ. 8598 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court will discuss the parties' request for a settlement conference and their pending discovery disputes at the April 8, 2025 telephone conference. (ECF Nos. 101; 109; 110; 111). Considering the parties' filings, the Court no longer requires submission of a joint letter by April 4, 2025 setting forth ripe discovery disputes. (See ECF No. 101).

Dated:      New York, New York
              April 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**