UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SHUNOCK,

                Plaintiff,

    -v-

APPLE, INC.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 8598 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, April 8, 2025, (the "Conference") it is ORDERED as follows:

1. Defendant's request to compel supplemental responses to Interrogatories 3 and 5 of its First Set of Interrogatories is **GRANTED in part and DENIED in part**. (ECF Nos. 110 ("Motion"); 110-1). On or before **April 14, 2025**, Plaintiff shall supplement his responses to Interrogatories 3 and 5, as discussed during the Conference. The Motion is otherwise denied.

2. The parties indicated their willingness to participate in a settlement conference. (ECF No. 109). Based on discussions with the parties during the Conference, the Court will revisit the subject of scheduling a settlement conference with the parties after the completion of expert discovery.

3. On or before **April 11, 2025**, the parties shall order a transcript of the Conference. The Clerk of Court is respectfully directed to close ECF No. 110.

Dated: New York, New York
April 8, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2