UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SHUNOCK,<br><br>      Plaintiff,<br><br>-v-<br><br>APPLE, INC.,<br><br>      Defendant. | CIVIL ACTION NO. 23 Civ. 8598 (JLR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

After careful review of Defendant's motions to strike portions of Plaintiff's expert reports and contentions (ECF Nos. 114; 115; 123; 124 (the "Motions")) and Plaintiff's opposition (ECF Nos. 118; 119), and having heard the parties' arguments during a conference on April 8, 2025 (ECF No. 112), it is ORDERED as follows:

1. Defendant's motion to seal (ECF No. 116) is **GRANTED**.

2. Defendant's Motions challenge the merits and substance of Plaintiff's expert reports and are therefore **DENIED without prejudice** to Defendant's opportunity to raise these challenges following the conclusion of expert discovery in motions for summary judgment and under Daubert v. Merrell Down Pharm. Inc., 509 U.S. 579 (1993).

3. For good cause shown, the deadline to complete expert discovery is **EXTENDED** up to and including **May 30, 2025**. (See ECF No. 99 at 2).

4. The dispositive motions briefing schedule is accordingly **EXTENDED** as follows:

    a. Opening summary judgment/Daubert motions shall be filed by **June 20, 2025**

    b. Opposition summary judgment/Daubert motions shall be filed by **July 11, 2025**

    c.    Reply summary judgment/<u>Daubert</u> motions shall be filed by **July 25, 2025**

(<u>See</u> ECF No. 99 at 5).

The Clerk of Court is respectfully directed to close ECF Nos. 114, 115, & 116.

Dated:    New York, New York
           April 14, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**