# WILMERHALE

September 9, 2025

**Mark D. Selwyn**

+1 650 858 6031 (t)
+1 650 858 6100 (f)
mark.selwyn@wilmerhale.com

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re:   *Shunock v. Apple Inc.*, C.A. No. 1:23-cv-08598-JLR (S.D.N.Y.)

Dear Judge Rochon:

I write on behalf of Apple in the above-referenced case.  Pursuant to Section 4.B.iii.a. of Your Honor's Individual Practices in Civil Cases, Apple respectfully requests leave to file under seal certain information filed in Exhibits D, E, and F to Apple's Motion for Leave to File, as well as portions of Apple's Supplemental Memorandum and the attached exhibits.  Plaintiff has designated this information Confidential and confirmed his request that Apple file it under seal in a meet and confer on September 5, 2025.  We understand that Plaintiff will file a letter explaining his request to seal in accordance with Your Honor's practices.

Respectfully submitted,

*/s/ Mark D. Selwyn*

Mark D. Selwyn

*Counsel for Defendant Apple Inc.*

Because "Plaintiff does not object to the Court unsealing any of the submissions filed at ECF No. 259," *see* Dkt. 262, Defendant's September 9, 2025 Motion to Seal, *see* Dkt. 258, is DENIED as MOOT.

The Clerk of Court is respectfully directed to terminate Dkt. 258 and to unseal the filings at Dkt. 259 by removing all viewing restrictions.

Dated:  September 15, 2025
             New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Wilmer Cutler Pickering Hale and Dorr LLP, 2600 El Camino Real, Suite 400, Palo Alto, CA 94306

Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington