**WILMERHALE**

**Mark D. Selwyn**
+1 650 858 6031 (t)
+1 650 858 6100 (f)
mark.selwyn@wilmerhale.com

September 24, 2025

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

> Defendant's request at Dkt. No. 266 is **GRANTED**. The telephone conference scheduled for October 1, 2025 at 11:00 a.m. ET to discuss Defendant's letter motion (Dkt. No. 257 (the "Motion")) is **ADJOURNED** to **October 10, 2025 at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 266.
>
> SO ORDERED.   September 25, 2025
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Shunock v. Apple Inc.*, C.A. No. 1:23-cv-08598-JLR-SLC (S.D.N.Y.)

Dear Judge Cave:

On September 22, 2025, Your Honor scheduled a telephonic hearing regarding Dkt. 257, Apple's Motion for Leave to File a Supplemental Summary Judgment and *Daubert* Memorandum and to Depose Plaintiff, for October 1, 2025, at 11:00 a.m. Eastern Time. Dkt. 265.

A pretrial hearing has been scheduled for the same date and time in another one of my matters. *Masimo Corporation et al. v. Apple Inc.*, No. 8:20-cv-00048 (C.D. Cal.), Dkt. 2666 (continuing hearing to Wednesday, October 1, 2025 at 11:00 a.m. Eastern Time); the trial in that matter is scheduled to begin November 4. Accordingly, I respectfully request that the Court reschedule the hearing on Dkt. 257 to a time convenient for the Court within the below windows, or to such other date and time as may be convenient for the Court:

    October 3:  11:00 a.m. – 3:00 p.m. Eastern Time

    October 10:  11:00 a.m. – 12:00 p.m. or 1:00 p.m. – 3:00 p.m. Eastern Time

Apple has not sought any previous changes to the hearing date, and rescheduling the hearing will not affect any other deadlines in this case. Plaintiff consents to this request, and counsel for both parties are available during the time windows listed above.

Respectfully submitted,

/s/ Mark D. Selwyn

Mark D. Selwyn

*Counsel for Defendant Apple Inc.*