UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SHUNOCK,

                Plaintiff,

      -against-

APPLE, INC.,

                Defendant.

Case No. 1:23-cv-08598 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court will hear oral argument on the parties' summary judgment and respective Daubert motions on **February 6, 2026, at 2:00 p.m.**, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: December 17, 2025
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge