**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
MICHAEL SHUNOCK,

                                   Plaintiff,                       23 **CIVIL** 8598 (JLR)

        -against-                             **JUDGMENT**

 APPLE, INC.

                                 Defendant.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 25, 2026, reasons, Defendant's motion for summary judgment is GRANTED as to non-infringement and DENIED as moot without prejudice as to invalidity. Plaintiff's motion for partial summary judgment on invalidity, as well as the parties' Daubert motions, are likewise DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

       April 9, 2026

                                         **TAMMI M. HELLWIG**
                                       _____
                                          **Clerk of Court**

                    **BY:**    _____
                                   **Deputy Clerk**