**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MICHAEL SHUNOCK, | C.A. No. 1:23-cv-08598 (JLR)(SLC) |
| Plaintiff and Counterclaim Defendant, | **JURY TRIAL DEMANDED** |
| v. | |
| APPLE INC., | |
| Defendant and Counterclaim Plaintiff. | |

**ORDER GRANTING APPLE INC.'S LETTER MOTION TO SEAL**
**REGARDING ITS MOTION FOR ATTORNEYS' FEES**

Having considered Defendant Apple Inc.'s request to file under seal portions of the Declaration of Mark D. Selwyn in Support of Apple's Motion for Attorneys' Fees and portions of Exhibit 2 thereto, (Dkt. No. 296 (the "Request")), it is hereby ORDERED that the Request is GRANTED.

The Clerk of Court is respectfully directed to close Dkt. No. 296.

Dated:  April 23, 2026                SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge