UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SHUNOCK,

Plaintiff,

-v-

APPLE, INC.,

Defendant.

CIVIL ACTION NO. 23 Civ. 8598 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action is referred to the undersigned for general pretrial management, (Dkt. No. 59), which includes the motion for attorneys' fees filed by Defendant Apple Inc. (Dkt. No. 297 (the "Motion")). By **October 21, 2026**, the parties shall meet and confer and file a letter indicating whether they wish to schedule a settlement conference with the Court to resolve the Motion.

Dated: New York, New York
October 14, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**