McAndrews

SCOTT P. MCBRIDE
(T) 312 775 8131
smcbride@mcandrews-ip.com

November 17, 2026

**VIA ECF**

Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

***Re: Shunock v. Apple, Inc., Case No. 1-23-cv-08598-JRL-SLC***

Dear Magistrate Judge Cave:

This firm represents Plaintiff and Counterclaim Defendant Michael Shunock ("Plaintiff") in an appeal from the above-referenced action, and appeared in the above-referenced action after judgment, ECF No. 303. We write pursuant to Your Honor's Individual Practices in Civil Cases to provide notice to the Court that an appeal of this case is pending before the United States Court of Appeals for the Federal Circuit in the matter of *Shunock v. Apple*, Inc., docketed as No. 26-1831, and briefing is underway. *See* Attachment A, Brief for Plaintiff-Appellant, No. 26-1831 (Fed. Cir. Sept. 14, 2026), Fed. Cir. ECF No. 11. On April 8, 2026, Defendant moved for attorneys' fees under 35 U.S.C. § 285, ECF No. 297 ("the Motion"), which remains pending. On October 22, 2026, the Court endorsed the parties' joint letter indicating that it will decide the Motion "in due course." ECF No. 354.

The pending appellate proceedings, including the briefing of the appeal, any opinion issued on the appeal, and outcome of the appeal, could impact (1) the consideration of the present Motion, and (2) the identity of the "prevailing party" in the present Motion. *See* ECF No. 355; Fed. R. Civ. P. 54(d)(2) advisory committee's note to 1993 Amendment ("If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved.").

We submit this letter to keep the Court apprised of the status of the appeal to the extent that it is relevant to the Court's consideration of the pending Motion. *See, e.g.*, *RLS Assocs., LLC v. United Bank of Kuwait PLC*, No. 01 CIV.1290 CSH, 2003 WL 22801918, at *2 (S.D.N.Y. Nov. 24, 2003) (upon a motion for reconsideration, upholding the endorsement of defense counsel's letter with an order to hold the Rule 54(d)(2) fee motion in abeyance).

McAndrews

Magistrate Judge Sarah L. Cave
November 17, 2026
Page 2

Thank you for Your Honor's attention to this matter.

Respectfully,

*/s/ Scott P. McBride*

Scott P. McBride (*admitted pro hac vice*)
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, Suite 34
Chicago, IL 60661

*Counsel for Michael Shunock*

cc: Counsel of record (via ECF)

Enclosure: Attachment A

Pending before the Court is the motion of Apple, Inc. for attorneys' fees under 35 U.S.C. § 285, Dkt. No. 297 (the "Motion"), which the Court referred to Magistrate Judge Cave for a report and recommendation. Dkt. No. 59; *see* Dkt. Nos. 351; 355. Plaintiff has advised the Court that an appeal from this action is pending before the United States Court of Appeals for the Federal Circuit (the "Appeal"), and that the outcome of that appeal could impact this Court's consideration of the Motion. Dkt. No. 356. In the interest of efficiency and avoiding unnecessary expenditure of the Court's resources on a motion that could change depending on the outcome of the Appeal, the Court finds it appropriate to administratively terminate the Motion during the pendency of the Appeal. Accordingly, the Clerk of the Court is respectfully directed to close Dkt. No. 297. Within ten (10) business days of the resolution of the Appeal, the parties shall file a joint letter advising the Court of the outcome of the Appeal and whether the Court should undertake to decide the Motion as previously filed, or if they propose additional briefing on the Motion.

Date: November 20, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**